# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2014

## NO. 03-11-00711-CV

**Dorothy N. Carter, Independent Executor of the Estate of Gertrude Emma Anna Haley, Deceased, Appellant**

**v.**

**Patsy J. Campbell, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the trial court on October 4, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.